IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joseph Hartsfield,

    Plaintiff,

v.

Case No. 2:09-cv-0276

Michael J. Astrue,
Commissioner of Social Security,

JUDGE SARGUS

    Defendant.

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 24, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors are sustained to the extent that this case should be remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for consideration of the potential inconsistencies between the vocational expert's testimony and the Dictionary of Occupational Titles. The Clerk shall enter judgment to that effect.

Date: 4-14-2010

Edmund A. Sargus, Jr.
United States District Judge