AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOSEPH HARTSFIELD,**

    **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**CASE NO. C2-09-0276**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

    **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the ORDER filed April 14, 2010, JUDGMENT is hereby entered REMANDING this case to the Commissioner for further proceedings. This case is DISMISSED.

Date: April 14, 2010                            JAMES BONINI, CLERK

                                              /S/ Andy F. Quisumbing
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk